UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OFIR HANAN, *et al.*, | No. 24-6193 |
| Plaintiffs-Appellants, | D.C. No. 23-cv-2414<br>Northern District of California |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | **MOTION TO EXTEND TIME TO FILE ANSWERING BRIEF** |
| Defendants-Appellees. | |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2, Defendants-Appellees, through the undersigned counsel, respectfully move the Court to extend the deadline to file their answering brief by an additional twenty-one days, until May 16, 2025. Following the Court's approval of Appellees' fourth request for a seven-day extension of time, the answering brief is now due on April 25, 2025. This is Appellees' fifth request for an extension of time following their streamlined request.

Appellees make this request, in good faith and not for the purpose of delay, to provide undersigned counsel with additional time to prepare and finalize the answering brief and to attend to emergency litigation-related responsibilities in other cases, specifically eight motions for temporary restraining order that have

been filed in district court since April 15, 2025. Appellees' counsel contacted Appellants' counsel, and counsel stated that Appellants consent to a one-week an extension of time. Appellees apologize to the Court for not submitting this request seven days prior to the deadline for the answering brief, due to undersigned counsel's heavy caseload.

The grounds for this motion are set forth below in the attached declaration of undersigned counsel. Accordingly, Appellees respectfully request that the Court extend their deadline to file of the answering brief by twenty-one days, until May 16, 2025.

DATED: April 21, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PATRICK D. ROBBINS
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth D. Kurlan*
　　　　　　　　　　　　　　　　　　　　ELIZABETH D. KURLAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants-Appellees

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 191 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365, 2024 build, in a proportionally spaced typeface, 14-point Times New Roman font.

DATED: April 21, 2025                                    */s/ Elizabeth D. Kurlan*
                                                          ELIZABETH D. KURLAN

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OFIR HANAN, *et al.*,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants-Appellees. | No. 24-6193<br><br>D.C. No. 23-cv-2414<br>Northern District of California<br><br>**DECLARATION OF ELIZABETH D. KURLAN** |

I, Elizabeth D. Kurlan, state as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and, in such capacity, represent Appellees before this Court. This declaration is submitted in support of Appellees' unopposed motion to extend time to file the answering brief. I have personal knowledge of the matters set forth below, and if called upon, could and would competently testify thereto.

2.    I have been assigned to prepare Appellees' answering brief in this case. Appellees' answering brief presently is due by April 25, 2025.

3.    Appellees are requesting an additional twenty-one-day extension of time to file their answering brief, until May 16, 2025. Although I have been

working on Appellees' answering brief, I am unable to complete it by the current due date because of my heavy workload over the past several weeks, including eight motions for temporary restraining orders ("TRO") that have been filed in the district court since April 15, 2025. On April 18, 2025, I filed an opposition to a motion for TRO in one case. On April 21, 2025, I filed three oppositions to motions for TRO in three cases. I have hearings on four motions for TRO scheduled for April 22, April 24, and April 25, 2025.

     4.    Notwithstanding the other emergency litigation responsibilities, I have been diligently reviewing the administrative record, conducting research, and drafting a response to all of the issues raised in this case. However, in order to adequately complete the answering brief for submission, Appellees are respectfully requesting a short extension of time. I will exercise due diligence in filing Appellees' answering brief within the requested time, and do not anticipate making any further requests for an extension of time to file the answering brief.

     5.    This request is made in good faith and is not intended to unnecessarily delay these proceedings.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2025.

                                     /s/ *Elizabeth D. Kurlan*
                                     ELIZABETH D. KURLAN
                                     Assistant United States Attorney