No. 24-6193

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

Ofir Hanan, Melanie Gillum,


Plaintiffs-Appellants,

v.

United States Citizenship and Immigration Services, et. al.

Defendants-Appellees.
_____

On Appeal from the U.S. District Court for the Central District of California
(District Court Case No. 4:23-cv-02414-HSG)

Haywood S. Gilliam, Jr., United States District Judge


_____

PLAINTIFFS-APPELLANTS' OPPOSITION TO
DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME
_____

Stacy Tolchin
Megan Brewer
LAW OFFICES OF STACY TOLCHIN
776 E. Green St.
Suite 210
Pasadena, California 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Email: Stacy@tolchinimmigration.com
Email: Megan@tolchinimmigration.com
Attorneys for Plaintiffs-Appellants

Plaintiffs-Appellants oppose any further extension of time in this case for Defendants-Appellees to file their Answering Brief. Defendants-Appellees have filed *five* extension requests. Plaintiffs-Appellants have not opposed prior requests as a professional courtesy, but the ongoing extensions reflect that Defendants-Appellees are unable or unwilling to defend this appeal. As such, the Court should require Defendants-Appellees to file the Answering Brief, or to treat Plaintiffs-Appellants' appeal as unopposed.

Dated: April 21, 2025	Respectfully submitted,

Stacy Tolchin
Megan Brewer
LAW OFFICES OF STACY TOLCHIN
776 E. Green St.
Suite 210
Pasadena, California 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Email: Stacy@tolchinimmigration.com
Email: Megan@tolchinimmigration.com

Attorneys for Plaintiffs-Appellants

s/Stacy Tolchin
by: Stacy Tolchin

## PROOF OF SERVICE BY ELECTRONIC FILING

I, Stacy Tolchin, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is: Law Offices of Stacy Tolchin, 776 E. Green St. Suite 210, Pasadena, CA 91101.

On April 21, 2025, I electronically filed:

PLAINTIFFS-APPELLANTS' OPPOSITION TO
DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME

with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Stacy Tolchin